**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

APR 2 3 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BARBARA NAVARRO-MENDOZA (1),

Defendant.

CASE NO. 13CR1503-WQH

**JUDGMENT OF DISMISSAL**

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

_X__    the Court has granted the motion of the Government for dismissal, with prejudice; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

_X__    of the offense(s) as charged in the Indictment/Information:

        8:1324(a)(1)(A)(ii) - Transportation of Illegal Aliens

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 23, 2014

DAVID H. BARTICK
U.S. MAGISTRATE JUDGE